JEFFREY M. VUCINICH, ESQ. BAR#: 67906
ELIZABETH D. RHODES, ESQ. BAR#218480
CLAPP, MORONEY, VUCINICH, BEEMAN and SCHELEY
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendant
GADGET ISLAND, INC. dba GEARISLE.COM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JST DISTRIBUTION, LLC, a Texas Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>GADGET ISLAND, INC., a California Corporation dba GEARISLE.COM, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 17-cv-03483-RS<br><br>**STIPULATION AND [~~proposed~~] ORDER OF DISMISSAL WITH PREJUDICE OF GADGET ISLAND, INC. DBA GEARISLE.COM**<br><br>Complaint Filed: June 15, 2017 |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL:

Pursuant to the settlement reached on or about November 27, 2017, between plaintiff JST DISTRIBUTION, LLC, a Texas Limited Liability Company, and GADGET ISLAND, INC., a California Corporation dba GEARISLE.COM, and the settlement funds having been paid in full, the parties to this agreement hereby stipulate and agree to the dismissal of this entire action against GADGET ISLAND, INC., a California Corporation dba GEARISLE.COM, with prejudice, with each party to bear its own attorneys' fees and costs.

///

STIPULATION AND [proposed] ORDER OF DISMISSAL WITH
PREJUDICE OF GADGET ISLAND, INC. DBA GEARISLE.COM;
Case No. 17-cv-03483-MEJ

F:\Data\DOCS\9294\05454\Stip and Prop
Order - Gadget Island.wpd

IT IS SO STIPULATED.

                                        CLAPP MORONEY VUCINICH
                                        BEEMAN & SCHELEY APC

February 14, 2018                By:    ***/s/ Jeffrey M. Vucinich***
                                        Jeffrey M. Vucinich, Esq.
                                        Attorneys for Defendants
                                        GADGET ISLAND, INC., a California
                                        Corporation dba GEARISLE.COM


                                        TAULER SMITH LLP

February 14, 2018                By:    ***/s/ Robert Tauler***
                                        Robert Tauler, Esq.
                                        Attorneys for Plaintiff,
                                        JST DISTRIBUTION, LLC, a
                                        Texas Limited Liability Company

# [~~proposed~~] ORDER

Pursuant to agreement of the parties, and for good cause, this entire action as to GADGET ISLAND, INC., a California Corporation dba GEARISLE.COM is dismissed with prejudice, with all parties to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: February __14__, 2018

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION AND [proposed] ORDER OF DISMISSAL WITH
PREJUDICE OF GADGET ISLAND, INC. DBA GEARISLE.COM:
Case No. 17-cv-03483-MEJ

3

F:\Data\DOCS\9294\05454\Stip and Prop
Order - Gadget Island.wpd